# UNITED STATES DISTRICT COURT

**SEALED**

for the

District of Nebraska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No.  8:19MJ145
Information associated with accounts in Attachment A that is stored at premises controlled )
by Google Inc. )
1600 Amphitheatre Parkway Mountain View, CA 94043 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841, 846 | Conspiracy to distribute and possess with intent to distribute controlled substances |

The application is based on these facts:

See affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

☐ Sworn to before me and signed in my presence.        SA Frank Feden, Drug Enforcement Administration
*Printed name and title*

☑ Sworn to before me by telephone or other
reliable electronic means.

_____

Date:  3/22/2019

_____
*Judge's signature*

City and state:  Omaha, Nebraska        Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF** ) | |
| **INFORMATION ASSOCIATED WITH** ) | **Case No.** 8:19MJ145 |
| ) | |
| **(1) healthmartpharma@gmail.com,** ) | |
| **(2) pharmacypoint6@gmail.com,** ) | |
| **(3) rx.shiping@gmail.com,** ) | |
| **(4) website7038@gmail.com,** ) | |
| **(5) davidrx2016@gmail.com,** ) | |
| **(6) jamesbrown6070@gmail.com,** ) | |
| **(7) fairnuman@gmail.com,** ) | |
| **(8) bulk2usa@gmail.com,** ) | |
| **(9) thedrugsonline365@gmail.com,** ) | |
| **(10) rxpharmaplus2@gmail.com,** ) | |
| **(11) deluxepharmacy1@gmail.com,** ) | |
| **(12) faizanali629@gmail.com,** ) | |
| **(13) snankls@gmail.com,** ) | |
| **(14) bestdrugcorner@gmail.com,** ) | |
| **(15) dynamicsteriods@gmail.com,** ) | |
| **(16) lamilois6@gmail.com,** ) | |
| **(17) buyrzonline@gmail.com,** ) | |
| **(18) avnishmishra18@gmail.com,** ) | |
| **(19) meds.wholesupply@gmail.com** ) | |
| **(20) Basharatrasheed4@gmail.com** ) | |

**STORED AT**                              FILED UNDER SEAL
**Google, Inc.**

## AFFIDAVIT

I, Frank Feden, being first duly sworn, hereby depose and state as follows:

1.       I make this affidavit in support of an application for a search warrant for information associated with the email **(1) healthmartpharma@gmail.com, (2) pharmacypoint6@gmail.com,  (3) rx.shiping@gmail.com, (4) website7038@gmail.com, (5) davidrx2016@gmail.com, (6) jamesbrown6070@gmail.com, (7) fairnuman@gmail.com, (8) bulk2usa@gmail.com, (9) thedrugsonline365@gmail.com, (10) rxpharmaplus2@gmail.com, (11) deluxepharmacy1@gmail.com, (12) faizanali629@gmail.com, (13) snankls@gmail.com, (14) bestdrugcorner@gmail.com, (15) dynamicsteriods@gmail.com, (16) lamilois6@gmail.com, (17) buyrzonline@gmail.com,  (18) avnishmishra18@gmail.com, (19) meds.wholesupply@gmail.com** and **(20) Basharatrasheed4@gmail.com** that is stored at premises owned, maintained, controlled, or operated by Google, Inc., an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a),

2703(b)(l)(A) to require Google, Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated **(1) healthmartpharma@gmail.com**, **(2) pharmacypoint6@gmail.com**, **(3) rx.shiping@gmail.com**, **(4) website7038@gmail.com, (5) davidrx2016@gmail.com, (6) jamesbrown6070@gmail.com, (7) fairnuman@gmail.com, (8) bulk2usa@gmail.com, (9) thedrugsonline365@gmail.com, (10) rxpharmaplus2@gmail.com, (11) deluxepharmacy1@gmail.com, (12) faizanali629@gmail.com, (13) snankls@gmail.com, (14) bestdrugcorner@gmail.com, (15) dynamicsteriods@gmail.com, (16) lamilois6@gmail.com, (17) buyrzonline@gmail.com, (18) avnishmishra18@gmail.com, (19) meds.wholesupply@gmail.com** and **(20) Basharatrasheed4@gmail.com** including the contents of communications.

2.     I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA) and have been since May 2003. I graduated from DEA Basic Agent Training in Quantico, Virginia. During my tenure as a Special Agent with the DEA, I have been assigned to investigations of violations of the drug laws of the United States including violations of Title 21, United States Code, Sections 841(a)(1) and Title 21, United States Code, Section 846.

3.     In my work as a Special Agent with the DEA, I have been involved in controlled purchases, surveillance, electronic surveillance, arrest of drug traffickers, interviewing of drug traffickers, trash pulls, and the execution of search warrants on residences, businesses, vehicles and electronic devices.  As a result, I have arrested individuals for violating state and federal statutes regarding the possession, manufacture, transportation and sale of controlled substances. I have conducted and have been associated with investigations involving the interception of wire communications and electronic communications obtained from cellular telephone devices and smart phones. I am familiar with the ways in which drug traffickers conduct business, including, but not limited to, their methods of importing and distributing controlled substances, their use of cellular telephones, their used of computers and smart phones and their use of numerical codes and code words to conduct their transactions.

4.     I am familiar with the facts and circumstances of this investigation through personal participation and from discussions with agents and officers involved in the investigation. I have also reviewed records and reports related to this investigation. Unless otherwise noted, wherever I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness, who may have had either direct or hearsay knowledge of that statement, and to whom I, or others, have spoken, or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Since this Affidavit is being submitted for the limited purpose of securing search warrant, I have not included details of every aspect of the investigation.  Facts not set forth herein, or in the attached exhibits, are not being relied upon in reaching the conclusion that the requested order should be issued.  Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

**PROBABLE CAUSE**

5.     In April 2018, DEA received a tip from Mallinckrodt Pharmaceuticals, a US company, that the company's morphine-sulfate pills were being advertised for sale on the website, silkroadmeds.com. The representative for Mallinckrodt Pharmaceuticals denied the company had a relationship with silkroadmeds.com, and the representative claimed that any product purported by silkroadmeds.com to be produced by Mallinckrodt Pharmaceuticals was more than likely a counterfeit product. Investigators visited silkroadmeds.com and observed that numerous brand name pharmaceutical drugs were listed for sale on the site. The site did not require customers to

have a prescription to order controlled substances and it used Western Union and MoneyGram for customers to remit payment.

6.      In April 2018, investigators accessed the website, "silkroadmeds.com", and using an undercover identity, placed an order for 60 Morphine-sulfate 30mg pills and 30 Oxycodone 40mg pills. Both Morphine-sulfate and Oxycodone are controlled substances and a valid prescription is required to purchase either in the United States. The price for the order was $456.00 and a prescription was not required to place the order. The investigators received an email from sales@silkroadmeds.com directing them to send the payment for the order to Jamshaid MUSHTAQ in Lahore, Pakistan via Money Gram. The email also directed us to send an email to sales@silkroadmeds.com after the payment had been made.

7.      The investigators completed the payment, and then confirmed that on May 2, 2018, Jamshaid MUSHTAQ presented a Pakistan Government issued identification card to a Money Gram Payment Systems Inc. Agent in Lahore, Pakistan prior to receiving the payment.

8.      In May 2018, investigators received, via the undercover email account, an email from someone claiming to be Baritt LEE using email account busniesspluss@gmail.com. The email indicated that a package had been sent to our shipping address and the United States Postal System tracking number for that package was RR075512255PH. The email also indicated that the email was sent on behalf of the Silkroad Support Team. Using the provided tracking number, investigators tracked the package from Manila, Philippines to an undercover United States Post Office Box in Omaha, Nebraska.

9.      The package, which was a small brown paper envelope addressed from Rabab MAMAILAO, Sucat Paranaque Manila, Philippines, 1700 091516922230, from the undercover Post Office Box. The package contained 50 small round blue pills with "M" imprinted on one side and "30" imprinted on the other side. From my training and experience, I recognized the pills to be Oxycodone 30mg pills manufactured by Mallinckrodt Pharmaceuticals. I then transferred the 50 pills to the DEA North Central Laboratory for analysis. The Forensic Chemist determined that the 50 pills did not contain Oxycodone but instead were made of Heroin, Caffeine, Acetaminophen, Methorphan and 06-Monoacetylmorphine. The pills had been pressed in a pill press to look like Oxycodone 30mg pills manufactured by Mallinckrodt Pharmaceuticals.

10.     On June 26, 2018, Magistrate Judge Susan M. Bazis of the U.S. District Court, District of Nebraska issued a Search and Seizure Warrant for the email address busniesspluss@gmail.com. Investigators executed the warrant on June 27, 2018. On June 28, 2018, investigators received the data from Google Inc. with regards to the execution of the Search and Seizure Warrant on for the email address busniesspluss@gmail.com.

11.     The data provided by Google, Inc. for busniesspluss@gmail.com, listed rickpaul38@gmail.com as the accounts recovery e-mail. A Gmail recovery email address is an email address that clients of Gmail can list with the company so that if the client becomes locked out of their Gmail account they can have Google, Inc. reset the password and send that new password to them at the recovery e-mail.  Google, Inc. also provided phone 923470413699 as the number given to Google by the subscriber as a contact number. The busniesspluss@gmail.com contained over 25,000 emails with over 8,000 different email addresses. Almost all of the emails pertained to the sale of controlled prescription drugs inside and outside the United States, payment details and information for those drug sales and the shipping details and information for those drug sales. I found no transaction where a prescription was provided to purchase controlled substances including all drugs shipped to the United States.

12.     In July 2018, investigators conducted another online undercover purchase from silkroadmeds.com. The purchases occurred in the same manner as the first purchase. The investigators purchased 315 Oxycodone 30mg pills for $1,950.75. A Chemist from DEA North Central Laboratory determined the pills were counterfeits and contained Heroin, Caffeine, Acetaminophen, Methorphan and 06-Monoacetylmorphine.

13.     In August 2018, investigators learned from Google, Inc. that the subscriber listed for rickpaul38@gmail.com is Rick Paul and the contact phone for the account was 923470413699. That is the same phone number given to Google, Inc. by the user of busniesspluss@gmail.com.

14.     On August 22, 2018, Magistrate Judge Bazis issued a Search and Seizure Warrant for the email address rickpaul38@gmail.com.  Investigators executed the warrant on August 23, 2018. On September 5, 2018, investigators received the data from Google Inc. from the execution of the Search and Seizure Warrant for the email address rickpaul38@gmail.com.

15.     The rickpaul38@gmail.com account contained 32,058 emails and the account had contact with over 8,000 different email addresses. The Gmail account received emails of drug orders form the following websites: medscareonline.com, overallpharmacy.com, usrxmedsonline.com, overthcounter.com, overthcounter.org, overallpharmacy.com, usdrugsaver.com, us2us-rx.com, drugs-order.net, zampharma.com, drugsplace.com, oneplushealthcare.net, onlinerxhub.com, pillspharma.com, rxdrugpharmacy.com, legitrxshop.com, rxstuff.net, pharmadaddy.biz, rxpharmacyline.com, apexmedico.net, rxpharmaplus.net, uspharmacyhub.com, drugs-point.com and silkroadmeds.com. Each drug order was part of an email chain that showed the customers' initial orders to the websites. The email chain also showed how and when the customer paid for the drug order and when the website representative received the payment. The email chain would also show a tracking number for the package being sent to the customer. I found 17 email exchanges in regard to the customers claiming their orders had been seized by law enforcement and would the website resend the order at no cost.

16.     For example, on July 23, 2017, James SAYER of Newbury Park, California ordered 60 Adderall 30mg pills from overallpharmacy.us and paid for it with his credit card. On July 30, 2017, SAYER received a tracking number from the user of rickpaul38@gmail.com and was informed his shipment was on its way from the Philippines. On August 31, 2017, SAYER informed the user of rickpaul38@gmail.com that his package had been seized by US Customs while in route to him. SAYER was informed by the user of rickpaul38@gmail.com that they confirmed the package had not left Customs for 30 days and they would mail a new package of Adderall to SAYER.

17.     Another example contained in the rickpaul38@gmail.com account occurred on February 5, 2017, when Melissa MCGREEVY emailed questions to usdrugsaver.com to help her decide if she should buy Ritalin from the website. One question MCGREEVY emailed to usdrugsaver.com was "**Customs caught a package from philliines in July and police came to my house to deliver and arrest me. How do I know this won't happen again?**" Sales@usdrugsaver.com replied, "**Don,t Worry About Thar Cops never chase that way it will be deliver Discreetly Without any Custom Issue.**"

18.     These websites listed in paragraph 15 of this affidavit appear to operate in the same fashion that silkroadmeds.com operated by distributing oxycodone pills, hydrocodone pills, alprazolam pills and other controlled pharmaceutical drugs to individuals, who do not have a prescription for the drugs. Additionally, the websites were shipping the drug orders from the Philippines, Pakistan and India, so the drugs were more than likely counterfeit.  The customers

for the drug orders form the above listed 24 websites were from all over the United States including from Nebraska.  None of the 24 websites had a DEA number, which is required to dispense controlled substances in the United States and I could not find a valid pharmacy license in any state for any of the 24 websites.

19.     Of the 32,058 emails in the rickpaul38@gmail.com account, I found only a couple hundred emails that were not related in some aspect to the distribution of oxycodone pills, hydrocodone pills, alprazolam pills and other controlled pharmaceutical drugs. Almost all of the non-drug related emails that I found were LinkedIn notifications, Facebook notifications, Google, Inc. notifications, newsletters or advertisements. I could not find in the 32,058 emails any email to or from a friend or a family member of the user of rickpaul38@gmail.com. Nor could I find any email to or from a non-drug related associate.

20.     The rickpaul38@gmail.com account contained 13 Excel Spreadsheets in its Google Docs. Those spreadsheets contained details of the sale of oxycodone pills, hydrocodone pills, alprazolam pills and other controlled pharmaceutical drugs from the websites listed in paragraph 15 of this affidavit. The 13 spreadsheets also document approximately 1,480 separate orders with the customers living throughout the United States, including Nebraska, as well as numerous other countries. The drugs shipments were mailed from the Philippines, India and Pakistan.  Some of the information contained in the spreadsheets is the customer's name and address, the drug ordered and amount, payment amount and type, the tracking number for shipped drugs and the destination. None of the information detailed in the spreadsheets in regard to the 1,480 separate orders reference a prescribing physician, a physician's DEA number, and a prescription number all in violation of United States Law. The time frame of the records covers late 2016 through early 2018. If all orders were processed and payment received, the total amount of sales in the 13 spreadsheets would be more than $355,000.00. This amount does not include orders paid for in Euros or with Bitcoin. The orders totaled approximately 102,000 drug dosage units.

21.     Gmail account users can allow access of their Google Docs to other Gmail account users by adding the Gmail account to the documents Access Control List or ACL. The user of rickpaul38@gmail.com granted access to the users of  **(1) healthmartpharma@gmail.com**, **(2) pharmacypoint6@gmail.com,  (3) rx.shiping@gmail.com**, **(4) website7038@gmail.com, (5) davidrx2016@gmail.com, (6) jamesbrown6070@gmail.com, (7) fairnuman@gmail.com, (8) bulk2usa@gmail.com, (9) thedrugsonline365@gmail.com, (10) rxpharmaplus2@gmail.com** and **(11) deluxepharmacy1@gmail.com,** to his/her Google Docs spreadsheets that documented drugs sales, payments for drug transactions and shipments of drugs.

22.     Any and all of the 1,480 orders documented in the 13 spreadsheets that were destined for the United States or reached the United States would be in violation of 21 USC 841, distribution of a controlled substance or attempted distribution of a controlled substance as documented in paragraph 20 of this affidavit. Additional evidence of  **(2) pharmacypoint6@gmail.com,  (3) rx.shiping@gmail.com**, **(4) website7038@gmail.com, (5) davidrx2016@gmail.com, (8) bulk2usa@gmail.com, (10) rxpharmaplus2@gmail.com** and **(11) deluxepharmacy1@gmail.com** involvement in this drug conspiracy are documented in paragraphs 23, 24, 25, 26, 27, 28, 29 and 30 of this affidavit.

23.     While searching the seized emails from rickpaul38@gmail.com, investigators found five emails in regard to **(5) davidrx2016@gmail.com**. The emails reference a spreadsheet and indicate the user of **(5) davidrx2016@gmail.com** is a shipper in the organization. Listed below are the content of the five emails.

**\*From rickpaul38@gmail.com on September 16, 2017:** "please add me on whats up at this number 03470413699 . and inform me here any update .hope to hear from you soon . Thanks"

**\*From rickpaul38@gmail.com on September 18, 2017:** "i have talk with you on call and were talk  Marhoom Mian Kashif Each other but its Not Mine Phone Number this Number is Mian small brother of . i am Cousin of Mian Kashif  . you can good start here any time . that is all which i have tell you i am honest Guy have good Work . Now i will not Put any new sale on Sheet until i got your response here . Hope to understand . Thanks"

**\*From rickpaul38@gmail.com on September 19, 2017:** "you have charges any order . i have shared sheet with you but not get any Response . hope to hear from you soon . Thanks"

**\*From rickpaul38@gmail.com on September 19, 2017:** "Hello Bro , When you are Available Please Send here  Price List For Shipment . i have 20 Pending Orders for Shipment . Also i have Weekly 10 to 15 Orders For Shipments . you have told me you have Good Quality IN PH . awaiting your Response
Respectfully  Thanks"

**\*From  davidrx2016@gmail.com on September 19, 2017:** "Yes man i will get back to you on phone tonight also you can put orders on sheet and will be updated tonight so do not worry."

24.     From my experience and training and my knowledge of the facts of this investigation, I believe the orders and shipments discussed in the above email exchange are at least oxycodone pills, hydrocodone pills, alprazolam pills or other controlled pharmaceutical drugs and more likely counterfeit pills containing heroin or other illegal substances. The number 03470413699 is Pakistani phone number 923470413699 which is listed as the contact number with Google for both rickpaul38@gmail.com and busniesspluss@gmail.com. Those email accounts have been conduits for sale of oxycodone pills, hydrocodone pills, alprazolam pills or other controlled pharmaceutical drugs.  I believe the user of rickpaul38@gmail.com is referencing the ACL for a Google Doc spreadsheet when he/she wrote, "i have shared sheet with you". Also, I believe "Good Quality IN PH." is referencing the Country Code for the Philippines on a USPS tracking number. The counterfeit oxycodone pills containing heroin that silkroadmeds.com sent to the DEA undercover P.O Box were shipped from the Philippines. Additionally, I reviewed the 1,480 orders on the Google Doc spreadsheet and the drug name documented in the spreadsheets as being shipped from the Philippines either oxycodone or hydrocodone.

25.     While searching the seized emails from rickpaul38@gmail.com, investigators found four emails in regard to **(2) pharmacypoint6@gmail.com**. All four indicated someone calling themselves "Jimmy Matthew" was using the email account and all four emails were in regard to Jimmy Matthew sending a comment to the user of rickpaul38@gmail.com in regard to activity on spreadsheets.

26.     While searching the seized emails from rickpaul38@gmail.com, investigators found seven emails in regard to **(3) rx.shiping@gmail.com**. One indicated someone calling themselves "Arran Rhys" was using the email account to send a comment to the user of rickpaul38@gmail.com in regard to activity on a spreadsheet and another invite him/her to edit Main Book.xlsx. Five dealt with a customer order on medscareonline.com.

27.     While searching the seized emails from rickpaul38@gmail.com, investigators found seven emails in regard to **(8) bulk2usa@gmail.com**. One indicated someone calling themselves "Jhon Carter" was using the email account to send a comment to rickpaul38@gmail.com requesting

access to a spreadsheet. One email forwarded to the user of rickpaul38@gmail.com contained a zipped drive titled medzpharma.zip and it was originally sent to **(8) bulk2usa@gmail.com** by Ahmad MADNI from **(13) snankls@gmail.com**. Also, investigators found an email from sales@medzpharma.com to the user of rickpaul38@gmail.com, which was a test run for a customer ordering notification system and the customer's name used was Ahmad MADNI.

28.     While searching the seized emails from rickpaul38@gmail.com, investigators found six emails found in regard to **(10) rxpharmaplus2@gmail.com**. Most of the emails dealt with a customer's Hydrocodone order at rxpharmaplus.net.  One was forwarded from **rxpharmaplus2@gmail.com** to the user of rickpaul38@gmail.com.  That email was originally sent from winshosting.com, the website hosting company for rxpharmaplus.net, documenting a complaint they had received in regard to rxpharmaplus.net selling prescription drugs without a valid prescription as required by law, selling prescription drugs that are not approved for sale in destination jurisdiction and not having a required pharmacy license in destination jurisdiction.

29.     While searching the seized emails from rickpaul38@gmail.com, investigators found five emails in regard to **(11) deluxepharmacy1@gmail.com**. Those emails deal with the sale of Xanax, Valium and Ambien, which are all controlled substances.

30.     While searching the seized emails from busniesspluss@gmail.com, investigators found an emails in regard to  **(4) website7038@gmail.com**. On October 4, 2017, the user of **website7038@gmail.com** used his PayPal account to accept a payment of $546.00 from Theresa KREBS of Clinton Township, Michigan for 270 Xanax pills from silkroadmeds.com.

31.     Though I did not find additional evidence in the seized emails from busniesspluss@gmail.com and rickpaul38@gmail.com for **(1) healthmartpharma@gmail.com**, **(6) jamesbrown6070@gmail.com,  (7) fairnuman@gmail.com,** and  **(9) thedrugsonline365@gmail.com,** I cannot think of a legitimate reason why the user of rickpaul38@gmail.com would grant access to the 13 spreadsheets to any person or persons not involved in this conspiracy to distribute controlled substances detailed on the 13 spreadsheets. From my training and experience investigating drug conspiracies, I believe the user of rickpaul38@gmail.com is using the spreadsheets in order for different members of the conspiracy to know when their specific tasks pertaining to filling drug orders should be completed.  A member responsible for taking customers' orders would place the order information on the appropriate spreadsheet. Another member in a different country who was responsible for collecting payment would check the spreadsheet to verify what payments needed to be collected. After receiving a payment, that member would update the customer's order on the spreadsheet. Finally, another member in a different country who was responsible for shipping the drug orders would check the spreadsheets to see what orders were paid in full and ready to be shipped to customers.

32.     While searching the seized emails from rickpaul38@gmail.com, I found six Gmail accounts either sending a comment to the user of rickpaul38@gmail.com about one of the 13 spreadsheets or requesting access from the user of rickpaul38@gmail.com to one of the 13 spreadsheets. Those Gmail accounts are  **(14) bestdrugcorner@gmail.com, (15) dynamicsteriods@gmail.com, (16) lamilois6@gmail.com, (17) buyrzonline@gmail.com,  (18) avnishmishra18@gmail.com** and **(19) meds.wholesupply@gmail.com.** These six Gmail accounts are currently not on the ACL for any Google Docs in the rickpaul38@gmail.com account and therefore they do not have access to the 13 spreadsheets. Google, Inc. does not retain

list of Gmail accounts that were removed from another Gmail account's ACL. For that reason, I cannot determine if **(14) bestdrugcorner@gmail.com, (15) dynamicsteriods@gmail.com, (16) lamilois6@gmail.com, (17) buyrzonline@gmail.com,  (18) avnishmishra18@gmail.com** and **(19) meds.wholesupply@gmail.com** once had access to  the user of rickpaul38@gmail.com  13 spreadsheets documenting drugs sales, payments for drug transactions and shipments of drugs.

33.     While searching the seized emails from rickpaul38@gmail.com, investigators found the message, "Mushtag Bhutto has invited you to edit the following spreadsheet: Khalid Saab" sent from Gmail account **(14) bestdrugcorner@gmail.com**.

34.     While searching the seized emails from rickpaul38@gmail.com, investigators found a message sent by its user to a "Mark Berg" at Gmail account at **(15)dynamicsteriods@gmail.com** and the message referenced a spreadsheet titled CC Details. The message was "760-522-1525 Authorize But Send Verification code first this number".  Mark Berg replied from **dynamicsteriods@gmail.com** to the user of rickpaul38@gmail.com and that message was "ok". The user of **dynamicsteriods@gmail.com** also sent the backup data for the website Pharmadaddy.biz to the user of rickpaul38@gmail.com in April of 2018.

35.     While searching the seized emails from rickpaul38@gmail.com, investigators found a message to its user from "Lamia Lois" at **(16) lamilois6@gmail.com** requesting access to a spreadsheet titled, "CC/orders Update."

36.     While searching the seized emails from rickpaul38@gmail.com, investigators found a message to its user from "BUYRX ONLINE" at **(17) buyrzonline@gmail.com** inviting the user of rickpaul38@gmail.com to edit a spreadsheet titled, "Smt Pro."

37.     While searching the seized emails from rickpaul38@gmail.com, investigators found a message to its user from **(19) meds.wholesupply@gmail.com** inviting the user of rickpaul38@gmail.com to edit a spreadsheet titled, "Smith."

38.     While searching the seized emails from rickpaul38@gmail.com, investigators found the message to its user from " □□□□ ' □□□□ ' " at **(18) avnishmishra18@gmail.com** requesting access to a spreadsheet titled, "CC/orders Update."

39.     Based on the contents of the seized 13 spreadsheets and from my experience investigating conspiracies dealing with trafficking of illegal drugs, it is my belief that the users of the  **(14) bestdrugcorner@gmail.com, (15) dynamicsteriods@gmail.com, (16) lamilois6@gmail.com, (17) buyrzonline@gmail.com,  (18) avnishmishra18@gmail.com** and **(19) meds.wholesupply@gmail.com** are involved in a conspiracy to distribute controlled substances through the websites listed in paragraph 15 of this affidavit. Further, I believe evidence of that conspiracy will be contained in those six Gmail accounts.

40.     In November 2018, investigators learned that silkroadmeds.com purchased server space and other website related services from SiteGround Ltd. I contacted SiteGround Ltd. and I learned that Faizan ALI was listed as the contact person for silkroadmeds.com with a contact email of **(12) faizanali629@gmail.com**.  Faizan ALI's contact phone number listed with SiteGround Ltd. was 923470413699, which is the same contact phone number for rickpaul38@gmail.com and busniesspluss@gmail.com. Faizan ALI used a Visa Card to pay for services and the account was paid up until January 2019. Investigators also learned from SiteGround ltd. that Faizan ALI also paid for server space and other website related services for silkroadmedsonline.com.

41.     Investigators also checked the seized emails from busniesspluss@gmail.com Gmail account and found Faizan ALI at rickpaul38@gmail.com from Cloudflare, which is a company that provided website services. The emails pertain to Faizan ALI's account with Cloudflare such as invoices for account payment.

42.     Investigators checked the seized emails from busniesspluss@gmail.com Gmail account and found one email that referenced **(12) faizanali629@gmail.com**. The email was sent from sales@silkroadmeds.com to test<sales@silkroadmeds.com>  with an automatic courtesy copy sent to busniesspluss@gmail.com. The date of the email was May 12, 2018 and the subject line of the email read, "Silk Road Meds test".  The body line of the email reads as follow:

Body           From: test<**faizanali629@gmail.com**>
               Subject: test
               Message Body: testtttttttttt

43.     From my experience investigating conspiracies dealing with the trafficking of illegal drugs, it is my belief the user **(12)faizanali629@gmail.com** helped set up and maintain silkraodmeds.com and evidence of that activity will be contained in the Gmail account.

44.     While searching the seized emails from busniesspluss@gmail.com, investigators found 3 emails where Gmail account **(20) basharatrasheed4@gmail.com** was used to test the ordering system for silkroadmeds.com. Investigators also found emails were a customer of silkroadmeds.com wanted to pay for his order via a bank wire transfer in February 2018.  The order was for 60 boxes of Nalbuphine, which is a synthetic opioid and a controlled substance, and the total cost of the order was $1,395.00. Silkroadmeds.com instructed the customer to wire payment to **Account Title: Basharat Rasheed: Account #: 1005222235: IBAN #: PK24 ALFH 0033 001005222235: Swift Code: ALFH PKKA 033: Branch Code: 0033: City: Lahore: Province: Punjab:Postal Code: 54000: Country: Pakistan.** The bank is Bank Alfalah, which is a bank in Pakistan, and based of this information, it is my belief that the user of **basharatrasheed4@gmail.com** is involved in a conspiracy with others to distribute controlled substance using the website silkroadmeds.com.

## ADDITIONAL INFORMATION

45.     Google, Inc. provides a variety of on-line services, including email access, to the general public. Google, Inc. allows subscribers to obtain email accounts at the domain name gmail.com, like the email account listed in Attachment A. Subscribers obtain an account by registering with Google, Inc. During the registration process, Google, Inc. asks subscribers to provide basic personal information. Therefore, the computers of Google, Inc. are likely to contain stored electronic communications (including retrieved and unretrieved email for Google, Inc. subscribers) and information concerning subscribers and their use of Google, Inc. services, such as account access information, email transaction information, and account application information.

46.     In general, an email that is sent to a Google, Inc. subscriber is stored in the subscriber's "mail box" on Google, Inc. computer systems until the subscriber deletes the email. If the subscriber does not delete the message, the message can remain on Google, Inc. computer systems indefinitely. When the subscriber sends an email, it is initiated at the user's computer, transferred via the Internet to Google, Inc.'s computer systems, and then transmitted to its end destination. Google, Inc. often saves a copy of the email sent. Unless

the sender of the email specifically deletes the email from the Google, Inc. computer system, the email can remain on the system indefinitely. Even if the sender deletes the e-mail, it may continue to be available on Google's servers for a certain period of time. A sent or received email typically includes the content of the message, source and destination addresses, the date and time at which the email was sent, and the size and length of the email. If an email user writes a draft message but does not send it, that message may also be saved by Google, Inc. but may not include all of these categories of data.

47.    A Google, Inc. subscriber can also store files, including emails, address books, contact or buddy lists, calendar data, pictures, and other files, on computer systems maintained and/or owned by Google, Inc.

48.    Subscribers to Google, Inc. might not store on their home computers copies of the emails stored in their Google, Inc. account. This is particularly true when they access their Google, Inc. account through the web, or if they do not wish to maintain particular emails or files in their residence.

49.    In general, email providers like Google, Inc. ask each of their subscribers to provide certain personal identifying information when registering for an email account. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

50.    Email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of login (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google, Inc.'s website), and other log files that reflect usage of the account. In addition, email providers often have records of the IP address used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

51.    In some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

52.    In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, emails in the account, and attachments to emails, including pictures and files.

53.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(l)(A), and 2703(c)(l)(A), by using the warrant to require Google, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in

Section II of Attachment B.

54.     Based on the provided information, there is probable cause to believe
**healthmartpharma@gmail.com,  pharmacypoint6@gmail.com, rx.shiping@gmail.com,**
**website7038@gmail.com,  davidrx2016@gmail.com, jamesbrown6070@gmail.com,**
**fairnuman@gmail.com,  bulk2usa@gmail.com, thedrugsonline365@gmail.com,**
**rxpharmaplus2@gmail.com,  deluxepharmacy1@gmail.com,  faizanali629@gmail.com,**
**snankls@gmail.com,  bestdrugcorner@gmail.com, dynamicsteriods@gmail.com,**
**lamilois6@gmail.com,  buyrzonline@gmail.com,  avnishmishra18@gmail.com,**
**meds.wholesupply@gmail.com** and **basharatrasheed4@gmail.com** accounts contains
evidence of violations of Title 21, United States Code§§ 841, 846 and other violations of
federal code.


55.     Based on the forgoing, I request that the court issue the proposed search warrant. This
Court has jurisdiction to issue the requested warrant because it is "a court of competent
jurisdiction: as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(l)(A) & (c)(l)(A).
Specifically, the court is "a district court of the United States ... that - has jurisdiction over
the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. 2703(g),
the presence of a law enforcement officer is not required for the service or execution of this
warrant.

## REQUEST FOR SEALING AND ORDER UNDER 18 U.S.C.§ 2705

56.     The investigation of the criminal activity discussed above is ongoing and may involve
multiple targets, many of whom may not have yet been identified. Moreover, the DEA is not
aware of any potential targets that have knowledge of its investigation. Disclosure of the
search warrant, this affidavit, or this application may result in the dissemination of these
materials to the targets, who may destroy evidence or otherwise evade the investigation.
Disclosure of the contents of this affidavit and related documents might have a significant
and negative impact on the continuing investigation and might severely jeopardize its
effectiveness. Accordingly, I respectfully request that the Court issue an order that the search
warrant, this affidavit in support of the application for the search warrant, and the application
for the search warrant be filed under seal until further order of this Court. Although the
above documents may be sealed, it is respectfully requested that the data obtained as a result
of the search warrant may be disclosed to third parties to facilitate analysis. I further request
that the Court issue an order commanding Google, Inc, not notify any person of the existence
of the search warrant under 18 U.S.C. § 2705(b).

## CONCLUSION

57.     Based on my training and experience and the facts as set forth in this Affidavit, there
is probable cause to believe that the unknown individuals using the Gmail
**healthmartpharma@gmail.com,  pharmacypoint6@gmail.com, rx.shiping@gmail.com,**
**website7038@gmail.com,  davidrx2016@gmail.com, jamesbrown6070@gmail.com,**
**fairnuman@gmail.com,  bulk2usa@gmail.com, thedrugsonline365@gmail.com,**
**rxpharmaplus2@gmail.com,  deluxepharmacy1@gmail.com,  faizanali629@gmail.com,**
**snankls@gmail.com,  bestdrugcorner@gmail.com, dynamicsteriods@gmail.com,**
**lamilois6@gmail.com,  buyrzonline@gmail.com,  avnishmishra18@gmail.com,**

**meds.wholesupply@gmail.com** and **basharatrasheed4@gmail.com** violated 21 U.S.C. § 841 (Distribution of a Controlled Substance) and § 846 (Conspiracy to Distribute a Controlled Substance). There is also probable cause that evidence of these crimes will be found in the accounts of **healthmartpharma@gmail.com,  pharmacypoint6@gmail.com, rx.shiping@gmail.com, website7038@gmail.com,  davidrx2016@gmail.com, jamesbrown6070@gmail.com, fairnuman@gmail.com,  bulk2usa@gmail.com, thedrugonline365@gmail.com, rxpharmaplus2@gmail.com, deluxepharmacy1@gmail.com,  faizanali629@gmail.com,  snankls@gmail.com, bestdrugcorner@gmail.com, dynamicsteriods@gmail.com, lamilois6@gmail.com, buyrzonline@gmail.com,  avnishmishra18@gmail.com,  meds.wholesupply@gmail.com** and **basharatrasheed4@gmail.com.**

 

_____

FRANK E. FEDEN
Special Agent
US Drug Enforcement Administration

 

Sworn to before me by reliable electronic means:

Date:  03/22/2019

City and State: Omaha, Nebraska

_____

Michael D. Nelson, U.S. Magistrate Judge

## ATTACHMENT A

**Property to be searched**

This warrant applies to information associated with healthmartpharma@gmail.com, pharmacypoint6@gmail.com, rx.shiping@gmail.com, website7038@gmail.com, davidrx2016@gmail.com, jamesbrown6070@gmail.com, fairnuman@gmail.com, bulk2usa@gmail.com, thedrugsonline365@gmail.com, rxpharmaplus2@gmail.com, deluxepharmacy1@gmail.com,  faizanali629@gmail.com,  snankls@gmail.com, bestdrugcorner@gmail.com, dynamicsteriods@gmail.com, lamilois6@gmail.com , buyrzonline@gmail.com,  avnishmishra18@gmail.com, meds.wholesupply@gmail.com, and basharatrasheed4@gmail.com  and  that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

## ATTACHMENT B

**Items to be Seized**

**Under:**

I.    **Information to be disclosed by Google Inc.**

This search warrant will be e-mailed or faxed to Google personnel by law enforcement agents. Google personnel are directed to isolate and disclose to the government the account and files described below related to the email accounts:

healthmartpharma@gmail.com
pharmacypoint6@gmail.com
rx.shiping@gmail.com
website7038@gmail.com
davidrx2016@gmail.com
jamesbrown6070@gmail.com
fairnuman@gmail.com
bulk2usa@gmail.com
thedrugsonline365@gmail.com
rxpharmaplus2@gmail.com
deluxepharmacy1@gmail.com
faizanali629@gmail.com
snankls@gmail.com
bestdrugcorner@gmail.com
dynamicsteriods@gmail.com
lamilois6@gmail.com
buyrzonline@gmail.com
avnishmishra18@gmail.com
meds.wholesupply@gmail.com
basharatrasheed4@gmail.com

for the period from the creation of the account to the date of this search warrant;

1.    All electronic mail stored and presently contained in, or on behalf of, the above email accounts, for the above specified periods.

2.    All transactional information, session times and durations, content and connection log files of all activity for the above specified periods, by the users associated with the above referenced email account, including dates, times, methods of connecting (e.g., telnet, ftp, http), type of connection (e.g., modem, cable / DSL, T1 / LAN), ports used, telephone dial-up caller identification records, any other connection information or traffic data and records of the originating Internet Protocol Addresses of the user when he connected to Google.

3.    All business records and subscriber information, in any form kept, pertaining to the above referenced email account, including applications, subscribers' full names, all screen names associated with

the subscribers and/or email account, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, passwords, detailed billing records, types and lengths of service, and any other identifying information.

4.      All instant messages stored and presently contained in, or on behalf of, the above referenced email account for the above specified periods.

5.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, location and direction information, files and data involved in the administration and management of websites, and other stored documents, notes, spread sheets and files.

6.      All records and data related to mobile phones linked to, or accessing, the account, to include the unique identifiers such as IMEI numbers and contents of any mobile phone backups found within the account.

In order to minimize any disruption of computer service to innocent third parties, Google employees will create an exact duplicate of the computer accounts and files described above, including an exact duplicate of all information stored in the computer account and files described therein.  Google employees will then provide the exact duplicate of the account and files described above and all information stored in those accounts and files to law enforcement agents, who need not be present during the duplication of the files, in electronic form not later than 7 days from the date of this search warrant.

## II.    Information to be seized by law enforcement as evidence

Law enforcement personnel will thereafter review the information and files received from Google related to the email accounts:

healthmartpharma@gmail.com
pharmacypoint6@gmail.com
rx.shiping@gmail.com
website7038@gmail.com
davidrx2016@gmail.com
jamesbrown6070@gmail.com
fairnuman@gmail.com
bulk2usa@gmail.com
thedrugsonline365@gmail.com
rxpharmaplus2@gmail.com
deluxepharmacy1@gmail.com
faizanali629@gmail.com
snankls@gmail.com
bestdrugcorner@gmail.com
dynamicsteriods@gmail.com
lamilois6@gmail.com
buyrzonline@gmail.com
avnishmishra18@gmail.com
meds.wholesupply@gmail.com
basharatrasheed4@gmail.com

for the period from the creation of the account to the date of this search warrant;

and then identify, copy and seize any evidence of violations of 21 U.S.C. §841 and 21 U.S.C. §846 including the following, all of which constitutes evidence:

1.      Emails relating to the unauthorized importation, distribution, manufacture and sale of controlled substance or pharmaceutical drugs for the above specified period of time for the specified email account, including, without limitation, email communications (including email attachments) that are records of, or relate to:

a)      the mailing, transportation, ordering, purchasing, receipt, manufacture, importation and/or distribution of controlled substance or pharmaceutical drugs:

b)      financial transactions for the obtaining, secreting, transferring, importation and concealment of controlled substance or pharmaceutical drugs:

c)      financial transactions evidencing expenditure of money made from engaging in illegal controlled substance or pharmaceutical drugs trafficking activity in, and/or importation of controlled substance or pharmaceutical drugs:

d)      the ownership of assets obtained from illegal importation of, and/or trafficking controlled substance or pharmaceutical drugs:

e)      Records of telephone numbers, address books, or papers which reflect names, addresses, and/or telephone numbers of associates and co-conspirators involved directly and indirectly in the smuggling and/or trafficking in controlled substance or pharmaceutical drugs and/or associates who have a monetary consideration and/or interest in the illegal smuggling or trafficking of controlled substance or pharmaceutical drugs: and

f)      Correspondence that reflects the importation, trafficking, distribution, manufacture and/or mailing of controlled substances or pharmaceutical drugs:

2.      All transactional information, session times and durations, content and connection log files of all activity for the  above specified periods, by the users associated with the above referenced email accounts, including dates, times, methods of connecting (e.g., telnet, ftp, http), type of connection (e.g., modem, cable/DSL, T1/LAN), ports used, telephone dial-up caller identification records, any other connection information or traffic data and records of the originating Internet Protocol Addresses of the user when he connected to Google.

3.      All business records and subscriber information, in any form kept, pertaining to the above referenced email accounts, including applications, subscribers' full names, all screen names associated with the subscribers and/or email accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, passwords, detailed billing records, types and lengths of service, and any other identifying information.

4.      All instant messages stored and presently contained in, or on behalf of, the above referenced email accounts for the above specified period reflecting the importation, trafficking, distribution, manufacture and/or mailing of controlled substance or pharmaceutical drugs; and/or the handling of proceeds and assets obtained therefrom.

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

**SEALED**

for the

District of Nebraska

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| Information associated with accounts in Attachment A that is stored at premises controlled by Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043 | ) Case No.   8:19MJ145 |
| | ) |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A (INCORPORATED BY REFERENCE)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B (INCORPORATED BY REFERENCE)

**YOU ARE COMMANDED** to execute this warrant on or before ___April 5, 2019___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael D. Nelson_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   ___March 22, 2019, 3:31 p.m.___

*Judge's signature*

City and state:   ___Omaha, Nebraska___

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   8:19MJ145 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

**Property to be searched**

This warrant applies to information associated with healthmartpharma@gmail.com, pharmacypoint6@gmail.com, rx.shiping@gmail.com, website7038@gmail.com, davidrx2016@gmail.com, jamesbrown6070@gmail.com, fairnuman@gmail.com, bulk2usa@gmail.com, thedrugsonline365@gmail.com, rxpharmaplus2@gmail.com, deluxepharmacy1@gmail.com,  faizanali629@gmail.com,  snankls@gmail.com, bestdrugcorner@gmail.com, dynamicsteriods@gmail.com, lamilois6@gmail.com , buyrzonline@gmail.com,  avnishmishra18@gmail.com, meds.wholesupply@gmail.com, and basharatrasheed4@gmail.com  and  that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

## ATTACHMENT B

**Items to be Seized**

**Under:**

I.      **Information to be disclosed by Google Inc.**

This search warrant will be e-mailed or faxed to Google personnel by law enforcement agents. Google personnel are directed to isolate and disclose to the government the account and files described below related to the email accounts:

healthmartpharma@gmail.com
pharmacypoint6@gmail.com
rx.shiping@gmail.com
website7038@gmail.com
davidrx2016@gmail.com
jamesbrown6070@gmail.com
fairnuman@gmail.com
bulk2usa@gmail.com
thedrugsonline365@gmail.com
rxpharmaplus2@gmail.com
deluxepharmacy1@gmail.com
faizanali629@gmail.com
snankls@gmail.com
bestdrugcorner@gmail.com
dynamicsteriods@gmail.com
lamilois6@gmail.com
buyrzonline@gmail.com
avnishmishra18@gmail.com
meds.wholesupply@gmail.com
basharatrasheed4@gmail.com

for the period from the creation of the account to the date of this search warrant;

1.      All electronic mail stored and presently contained in, or on behalf of, the above email accounts, for the above specified periods.

2.      All transactional information, session times and durations, content and connection log files of all activity for the above specified periods, by the users associated with the above referenced email account, including dates, times, methods of connecting (e.g., telnet, ftp, http), type of connection (e.g., modem, cable / DSL, T1 / LAN), ports used, telephone dial-up caller identification records, any other connection information or traffic data and records of the originating Internet Protocol Addresses of the user when he connected to Google.

3.      All business records and subscriber information, in any form kept, pertaining to the above referenced email account, including applications, subscribers' full names, all screen names associated with

the subscribers and/or email account, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, passwords, detailed billing records, types and lengths of service, and any other identifying information.

4.     All instant messages stored and presently contained in, or on behalf of, the above referenced email account for the above specified periods.

5.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, location and direction information, files and data involved in the administration and management of websites, and other stored documents, notes, spread sheets and files.

6.     All records and data related to mobile phones linked to, or accessing, the account, to include the unique identifiers such as IMEI numbers and contents of any mobile phone backups found within the account.

In order to minimize any disruption of computer service to innocent third parties, Google employees will create an exact duplicate of the computer accounts and files described above, including an exact duplicate of all information stored in the computer account and files described therein.  Google employees will then provide the exact duplicate of the account and files described above and all information stored in those accounts and files to law enforcement agents, who need not be present during the duplication of the files, in electronic form not later than 7 days from the date of this search warrant.

## II.     Information to be seized by law enforcement as evidence

Law enforcement personnel will thereafter review the information and files received from Google related to the email accounts:

healthmartpharma@gmail.com
pharmacypoint6@gmail.com
rx.shiping@gmail.com
website7038@gmail.com
davidrx2016@gmail.com
jamesbrown6070@gmail.com
fairnuman@gmail.com
bulk2usa@gmail.com
thedrugsonline365@gmail.com
rxpharmaplus2@gmail.com
deluxepharmacy1@gmail.com
faizanali629@gmail.com
snankls@gmail.com
bestdrugcorner@gmail.com
dynamicsteriods@gmail.com
lamilois6@gmail.com
buyrzonline@gmail.com
avnishmishra18@gmail.com
meds.wholesupply@gmail.com
basharatrasheed4@gmail.com

for the period from the creation of the account to the date of this search warrant;

and then identify, copy and seize any evidence of violations of 21 U.S.C. §841 and 21 U.S.C. §846 including the following, all of which constitutes evidence:

1.      Emails relating to the unauthorized importation, distribution, manufacture and sale of controlled substance or pharmaceutical drugs for the above specified period of time for the specified email account, including, without limitation, email communications (including email attachments) that are records of, or relate to:

a)      the mailing, transportation, ordering, purchasing, receipt, manufacture, importation and/or distribution of controlled substance or pharmaceutical drugs:

b)      financial transactions for the obtaining, secreting, transferring, importation and concealment of controlled substance or pharmaceutical drugs:

c)      financial transactions evidencing expenditure of money made from engaging in illegal controlled substance or pharmaceutical drugs trafficking activity in, and/or importation of controlled substance or pharmaceutical drugs:

d)      the ownership of assets obtained from illegal importation of, and/or trafficking controlled substance or pharmaceutical drugs:

e)      Records of telephone numbers, address books, or papers which reflect names, addresses, and/or telephone numbers of associates and co-conspirators involved directly and indirectly in the smuggling and/or trafficking in controlled substance or pharmaceutical drugs and/or associates who have a monetary consideration and/or interest in the illegal smuggling or trafficking of controlled substance or pharmaceutical drugs: and

f)      Correspondence that reflects the importation, trafficking, distribution, manufacture and/or mailing of controlled substances or pharmaceutical drugs:

2.      All transactional information, session times and durations, content and connection log files of all activity for the  above specified periods, by the users associated with the above referenced email accounts, including dates, times, methods of connecting (e.g., telnet, ftp, http), type of connection (e.g., modem, cable/DSL, T1/LAN), ports used, telephone dial-up caller identification records, any other connection information or traffic data and records of the originating Internet Protocol Addresses of the user when he connected to Google.

3.      All business records and subscriber information, in any form kept, pertaining to the above referenced email accounts, including applications, subscribers' full names, all screen names associated with the subscribers and/or email accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, passwords, detailed billing records, types and lengths of service, and any other identifying information.

4.      All instant messages stored and presently contained in, or on behalf of, the above referenced email accounts for the above specified period reflecting the importation, trafficking, distribution, manufacture and/or mailing of controlled substance or pharmaceutical drugs; and/or the handling of proceeds and assets obtained therefrom.