IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Information associated with accounts in Attachment A that is stored at premises controlled by Google Inc.<br>1600 Amphitheatre Parkway Mountain View, CA 94043 | 8:19MJ145<br>8:19MC96<br><br>ORDER TO UNSEAL |

This matter is before the court on the government's motion to unseal (Filing No. 3). The motion is granted.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

BY THE COURT:

_____
SUSAN M. BAZIS
United States Magistrate Judge